# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| **LORI J.,** | )<br>) |
|    **PLAINTIFF** | )<br>) |
| **v.** | )<br>)  **CIVIL NO. 1:18-CV-476-DBH** |
| **ANDREW M. SAUL, COMMISSIONER,**<br>**SOCIAL SECURITY ADMINISTRATION,** | )<br>)<br>) |
|    **DEFENDANT** | ) |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On September 4, 2019, the United States Magistrate Judge filed with the court, with copies to counsel, his Report and Recommended Decision. The defendant filed an objection to the Recommended Decision on September 6, 2019. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The administrative decision is **VACATED** and the case is **REMANDED** for further proceedings.

**SO ORDERED.**

**DATED THIS 29TH DAY OF OCTOBER, 2019**

                  /S/ **D. BROCK HORNBY**
                  **D. BROCK HORNBY**
                  **UNITED STATES DISTRICT JUDGE**